United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 1, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-10330
Summary Calendar

MICHAEL REEVES

Plaintiff - Appellant

v.

EMILY FLORES, SARAH MEDFORD

Defendants - Appellees

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:05-CV-2003
--------------------

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM:[*]

Michael Reeves appeals the dismissal of his civil rights suit against employees of the Texas Department of Insurance's Division of Worker's Compensation. The district court dismissed the suit as frivolous due to Reeves's failure to pay the court costs owed in an identical action he previously filed against the defendants. Reeves fails to brief the basis for the district court's dismissal of his suit. He moves this court for leave to proceed in forma pauperis (IFP), and the appellees move for a summary affirmance of the district court's judgment.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The district court certified that the appeal is not taken in good faith under 28 U.S.C. § 1915(a)(3).  Reeves's appeal is without arguable merit and is frivolous.  See Howard v. King, 707 F.2d 215, 220 (5th Cir. 1983).  We deny IFP and dismiss the appeal.  See Baugh v. Taylor, 119 F.3d 197, 202 n.24 (5th Cir. 1997); 5TH CIR. R. 42.2.  The appellees' motion for summary affirmance is denied as unnecessary.

We caution Reeves that the use of "disrespectful and impertinent references to the trial judge" will not be permitted in documents filed with this court.  Such comments invite the striking of the documents in which they are contained.  See Theriault v. Silber, 574 F.2d 197, 197 (5th Cir. 1978).

IFP DENIED; APPEAL DISMISSED; SANCTION WARNING ISSUED.